No. 93–6965.  MARIN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–6966.  KELLY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–6967.  FOULKS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–6969.  COOPER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–6972.  WALKER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–6981.  TREAS-WILSON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–989.  TENNESSEE v. MIDDLEBROOKS; and TENNESSEE v. EVANS.  Sup. Ct. Tenn.  Motion of respondent Jonathan Vaughn Evans for leave to proceed *in forma pauperis* granted.  Certiorari as to Jonathan Vaughn Evans denied.

No. 93–224.  TENNESSEE v. SPARKS.  Sup. Ct. Tenn.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 93–401.  ALABAMA v. BROWNING.  C. A. 11th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 93–406.  LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA (CORRELL ET AL., REAL PARTIES IN INTEREST).  C. A. 9th Cir.  Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.  Motion of respondents Michael Emerson Correll et al. for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 93–507.  ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, DBA TULANE MEDICAL CENTER HOSPITAL AND CLINIC, ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE GINSBURG took no part in the consideration or decision of this petition.